UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **CV 23-4567-MWF(JCx)**   Date: October 3, 2024

Title   ***Lorraine J. Vander Ark, et al. v. HAF Corporation, et al.***

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL**

In light of the Minute Order Re Settlement Conference [228] filed July 18, 2024, the Court sets a hearing on Order to Show Cause Re Dismissal for **NOVEMBER 18, 2024**, **at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. **All other hearings and deadlines are hereby vacated.**

IT IS SO ORDERED.