**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORRAINE VANDER ARK, as Trustee of the LORRAINE L. VANDER ARK TRUST, directly and derivatively on behalf of HAF CORPORATION,<br>*Plaintiffs,*<br>vs.<br>HAF CORPORATION, a Wyoming corporation, et al.<br>*Defendants.* | Case No. 2:23-cv-04567-MWF-JC<br>Honorable Michael W. Fitzgerald<br>ORDER APPROVING **STIPULATED DISMISSAL OF CERTAIN CLAIMS WITHOUT PREJUDICE** |

Plaintiff Lorraine J. Vander Ark, as trustee for the Lorraine J. Vander Ark Trust and derivatively on behalf of HAF Corporation ("Plaintiff") and Defendants Michael Iorlano, Sherri DeBoer, Samia Anwar El Baroudy, Rocky S. MacDonald, Brad Reinard, Michael Johnson, Christopher H. Dieterich, and Dieterich & Associates, LLP, and Mountaintop Media International (collectively the "Stipulating Defendants"), by and through their signatures below, or by and through the signatures of their counsel below, consent and agree to this Stipulated Dismissal of Certain Claims Without Prejudice.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. On June 9, 2023, Plaintiff filed her individual and derivative Complaint against HAF Corporation, HAF Industries, Foote, Michael Iorlano, Sherri DeBoer, Laura Jane Hansen, Samia Anwar El Baroudy, Paul Graven, Rocky S. MacDonald, Brad Reinard, Joey Oosting, Michael Johnson, William Musgrave, Venable, LLP, Christopher H. Dieterich, and Dieterich & Associates, LLP, alleging the following claims for relief: (i) breach of the Note against HAF Corporation; (ii) securities fraud in violation of section 10(b) of the Securities Exchange Act of 1934 (the "Act") against HAF Corporation and control personal liability under Section 20(a) of the Act against Foote, Iorlano, and DeBoer; (iii) securities fraud in violation of Section 10(b) of the Act against Venable, LLP; (iv) fraudulent scheme liability in violation of section 10(b) of the Act against HAF Corporation and HAF Industries and control personal liability against Foote, Iorlano, DeBoer, and Venable; (v) primary liability for

securities fraud under the Florida Securities and Investor Protection Act ("Florida Securities Act") against HAF Corporation and secondary liability under the Florida Securities Act against Foote and Iorlano; (vi) primary liability for securities fraud under the California Corporate Securities Law of 1968 ("California Securities Act") against HAF Corporation and secondary liability under the California Securities Act against Foote, Iorlano, DeBoer, Hansen, Graven, El Baroudy, and Macdonald; (vii) liability for professional misrepresentations and omissions in violation of the California Securities Act against Venable, LLP; (viii) breach of directors' and officers' fiduciary duties and aiding and abetting same against Foote, Iorlano, Macdonald, DeBoer, Reinard, Oosting, Johnson, and Musgrave and aiding and abetting same against HAF Industries; (ix) fraud against HAF Corporation, HAF Industries, Venable, LLP, and Foote; (x) negligent misrepresentations and omissions against HAF Corporation, Foote, Iorlano, and Venable, LLP; (xi) legal malpractice against Dieterich and Dieterich & Associates; (xii) actual and constructive fraudulent transfers in violation of California's Uniform Voidable Transfer Act against all named defendants except Christopher H. Dieterich and Dieterich & Associates; (xiii) tortious interference with contract against HAF Industries and Foote; (xiv) equitable accounting against HAF Corporation and HAF Industries; and (xv) constructive trust against HAF Corporation and HAF Industries.

2. On January 30, 2024, Plaintiff filed a First Amended Complaint ("FAC") against the same defendants named in the original complaint and against Mountaintop Media International, Precision Castparts Corp., Cateni, Inc., Maxime

Ducray, and Anthony Masters, alleging the following claims for relief: (i) breach of the Note against HAF Corporation; (ii) securities fraud in violation of section 10(b) of the Act against HAF Corporation and control personal liability under Section 20(a) of the Act against Foote, Iorlano, and DeBoer; (iii) fraudulent scheme liability in violation of section 10(b) of the Act against HAF Corporation and HAF Industries and control personal liability against Foote, Iorlano, and DeBoer; (iv) primary liability for securities fraud under the Florida Securities Act against HAF Corporation and secondary liability under the Florida Securities Act against Foote and Iorlano; (v) primary liability for securities fraud under the California Securities Act against HAF Corporation and HAF Industries and secondary liability under the California Securities Act against Foote, Iorlano, DeBoer, Hansen, Graven, El Baroudy, and Macdonald; (vi) breach of directors' and officers' fiduciary duties and aiding and abetting same against Foote, Iorlano, Macdonald, DeBoer, Reinard, and Johnson, and aiding and abetting same against HAF Industries; (vii) fraud against HAF Corporation, HAF Industries, and Foote; (viii) negligent misrepresentations and omissions against HAF Corporation, Foote, and Iorlano; (ix) legal malpractice against Dieterich; (x) actual and constructive fraudulent transfers in violation of California's Uniform Voidable Transfer Act against all Defendants except Dieterich; (xi) tortious interference with contract against HAF Industries and Foote; (xii) constructive trust against HAF Corporation and HAF Industries; and (xii) veil piercing against HAF Corporation, HAF Industries, and Foote.

3. The claims against the Stipulating Defendants are hereby dismissed without prejudice.

4. The Stipulating Defendants waive all defenses in a future action involving the dismissed claims that are based on the passage of time, including but not limited to statutes of limitation, statutes of repose, and laches.

5. The stipulating parties shall bear their own costs and attorney fees for this matter.

**IT IS SO ORDERED.**

Dated: October 29, 2024

Hon. Michael W. Fitzgerald
United States District Judge