JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

LORRAINE VANDER ARK, as Trustee of the LORRAINE L. VANDER ARK TRUST, directly and derivatively on behalf of HAF CORPORATION,

*Plaintiffs*,

vs.

HAF CORPORATION, a Wyoming corporation, et al.

*Defendants*.

Case No. 2:23-cv-04567-MWF-JC

Honorable Michael W. Fitzgerald

**CONSENT JUDGMENT AS TO COUNTS I AND XI AND S DISMISSAL OF CERTAIN CLAIMS WITHOUT PREJUDICE**

{03518562 1 }

CONSENT JUDGMENT AND DISMISSAL OF CERTAIN CLAIMS WITHOUT PREJUDICE

On June 9, 2023, Plaintiff Lorraine J. Vander Ark, as trustee for the Lorraine J. Vander Ark Trust ("Plaintiff") filed her individual and derivative Complaint against HAF Corporation, HAF Industries, Howard A. Foote (collectively "HAF Defendants"), Michael Iorlano, Sherri DeBoer, Laura Jane Hansen, Samia Anwar El Baroudy, Paul Graven, Rocky S. MacDonald, Brad Reinard, Joey Oosting, Michael Johnson, William Musgrave, Venable, LLP, Christopher H. Dieterich, and Dieterich & Associates, LLP, alleging the following claims for relief: (i) breach of the Note against HAF Corporation; (ii) securities fraud in violation of section 10(b) of the Securities Exchange Act of 1934 (the "Act") against HAF Corporation and control personal liability under Section 20(a) of the Act against Foote, Iorlano, and DeBoer; (iii) securities fraud in violation of Section 10(b) of the Act against Venable, LLP; (iv) fraudulent scheme liability in violation of section 10(b) of the Act against HAF Corporation and HAF Industries and control personal liability against Foote, Iorlano, DeBoer, and Venable; (v) primary liability for securities fraud under the Florida Securities and Investor Protection Act ("Florida Securities Act") against HAF Corporation and secondary liability under the Florida Securities Act against Foote and Iorlano; (vi) primary liability for securities fraud under the California Corporate Securities Law of 1968 ("California Securities Act") against HAF Corporation and secondary liability under the California Securities Act against Foote, Iorlano, DeBoer, Hansen, Graven, El Baroudy, and Macdonald; (vii) liability for professional misrepresentations and omissions in violation of the California Securities Act against Venable, LLP; (viii) breach of directors' and officers' fiduciary duties and aiding and abetting same against Foote, Iorlano, Macdonald, DeBoer, Reinard, Oosting, Johnson,

and Musgrave and aiding and abetting same against HAF Industries; (ix) fraud against HAF Corporation, HAF Industries, Venable, LLP, and Foote; (x) negligent misrepresentations and omissions against HAF Corporation, Foote, Iorlano, and Venable, LLP; (xi) legal malpractice against Dieterich and Dieterich & Associates; (xii) actual and constructive fraudulent transfers in violation of California's Uniform Voidable Transfer Act against all named defendants except Christopher H. Dieterich and Dieterich & Associates; (xiii) tortious interference with contract against HAF Industries and Foote; (xiv) equitable accounting against HAF Corporation and HAF Industries; and (xv) constructive trust against HAF Corporation and HAF Industries.

On January 30, 2024, Plaintiff filed a First Amended Complaint ("FAC") against the same defendants named in the original complaint and against Mountaintop Media International, Precision Castparts Corp., Cateni, Inc., Maxime Ducray, and Anthony Masters, alleging the following claims for relief: (i) breach of the Note against HAF Corporation; (ii) securities fraud in violation of section 10(b) of the Act against HAF Corporation and control personal liability under Section 20(a) of the Act against Foote, Iorlano, and DeBoer; (iii) fraudulent scheme liability in violation of section 10(b) of the Act against HAF Corporation and HAF Industries and control personal liability against Foote, Iorlano, and DeBoer; (iv) primary liability for securities fraud under the Florida Securities Act against HAF Corporation and secondary liability under the Florida Securities Act against Foote and Iorlano; (v) primary liability for securities fraud under the California Securities Act against HAF Corporation and HAF Industries and secondary liability under the California Securities Act against Foote, Iorlano, DeBoer, Hansen, Graven, El Baroudy, and Macdonald; (vi) breach of directors' and officers' fiduciary duties and aiding and abetting same against

Foote, Iorlano, Macdonald, DeBoer, Reinard, and Johnson, and aiding and abetting same against HAF Industries; (vii) fraud against HAF Corporation, HAF Industries, and Foote; (viii) negligent misrepresentations and omissions against HAF Corporation, Foote, and Iorlano; (ix) legal malpractice against Dieterich; (x) actual and constructive fraudulent transfers in violation of California's Uniform Voidable Transfer Act against all Defendants except Dieterich; (xi) tortious interference with contract against HAF Industries and Foote; (xii) constructive trust against HAF Corporation and HAF Industries; and (xii) veil piercing against HAF Corporation, HAF Industries, and Foote.

Plaintiff and the HAF Defendants, by and through their signatures below, consent and agree to entry of this Consent Judgment as to Count I and XI and Stipulated Dismissal of Certain Claims Without Prejudice, without adjudication of any issue of fact or law.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. Judgment is hereby entered in favor of Plaintiff and against Defendant HAF Corporation on Count I of the FAC, and in favor of Plaintiff and against Defendant HAF Industries and Howard A. Foote on Count XI of the FAC, in the total amount of $4,700,000.

2. The HAF Defendants are jointly and severally liable to Plaintiff for the judgment amount set forth herein.

3. Interest shall accrue on the judgment amount set forth herein at 6% per annum.

4. All parties shall bear their own costs and attorneys' fees for this matter, with the exception that the HAF Defendants shall be liable to Plaintiff for any attorney fees and costs that Plaintiff incurs in attempting to collect this Judgment.

5. The HAF Defendants waive all appeal rights with respect to Counts I and XI of the FAC.

6. All remaining claims against the HAF Defendants are dismissed without prejudice.

7. This Court shall retain jurisdiction over this matter for the purpose of enforcing the terms and provisions of this Consent Judgment.

IT IS SO ORDERED.

Dated: October 29, 2024

Hon. Michael W. Fitzgerald
United States District Judge

**STIPULATED AND CONSENTED TO BY**

Dated: 10/18/24

Lorraine J. Vander Ark

Dated: 10/18/24

Lorraine J. Vander Ark, as Trustee of the Lorraine J. Vander Ark Trust dated March 29, 2011

Dated: Sept. 4th, 2024

HAF CORPORATION

By: Howard A. Foote
Chief Executive Officer

4. All parties shall bear their own costs and attorneys' fees for this matter, with the exception that the HAF Defendants shall be liable to Plaintiff for any attorney fees and costs that Plaintiff incurs in attempting to collect this Judgment.

5. The HAF Defendants waive all appeal rights with respect to Counts I and XI of the FAC.

6. All remaining claims against the HAF Defendants are dismissed without prejudice.

7. This Court shall retain jurisdiction over this matter for the purpose of enforcing the terms and provisions of this Consent Judgment.

IT IS SO ORDERED.

Dated:________________

________________________
Hon. Michael W. Fitzgerald
United States District Judge

**STIPULATED AND CONSENTED TO BY**

Dated:________________

________________________
Lorraine J. Vander Ark

Dated:________________

________________________
Lorraine J. Vander Ark, as Trustee of the Lorraine J. Vander Ark Trust dated March 29, 2011

Dated: Sept. 4th, 2024

HAF CORPORATION

[signature]
By: Howard A. Foote
Chief Executive Officer

Dated: Sept. 4th, 2024

HAF INDUSTRIES, INC.

By: Howard A. Foote
Sole Member

Dated: Sept. 4th, 2024

Howard A. Foote

**APPROVED AS TO FORM BY**

**Mika Meyers, PLC**
**Attorneys for Plaintiff**

Dated: 10/11/24

Daniel J. Broxup
900 Monroe Avenue, N.W.
Grand Rapids, MI 49009
(616) 632-8000
dbroxup@mikameyers.com

**Heath Steinbeck, LLP**
**Attorneys for HAF Corporation**

Dated: October 11, 2024

Steven A. Heath
407 N. Maple Dr., Ground Fl.
Beverly Hills, CA 90210
(213) 335-6241
saheath@heathsteinbeck.com

**Kaedian LLP**
**Attorneys for HAF Industries**

Dated:

Dated: Sept. 4th, 2024

HAF INDUSTRIES, INC.

By: Howard A. Foote
Sole Member

Dated: Sept. 4th, 2024

Howard A. Foote

**APPROVED AS TO FORM BY**

**Mika Meyers, PLC**
**Attorneys for Plaintiff**

Dated:

Daniel J. Broxup
900 Monroe Avenue, N.W.
Grand Rapids, MI 49009
(616) 632-8000
dbroxup@mikameyers.com

**Heath Steinbeck, LLP**
**Attorneys for HAF Corporation**

Dated: October 11, 2024

Steven A. Heath
407 N. Maple Dr., Ground Fl.
Beverly Hills, CA 90210
(213) 335-6241
saheath@heathsteinbeck.com

**Kaedian LLP**
**Attorneys for HAF Industries**

Dated: Oct. 17, 2024

Henry L. Whitehead

Nannina L. Angioni
Henry Whitehead
280 S. Beverly, Ste 209
Beverly Hills, CA 90212
(310) 893-3372

{03518562 1 }6
STIPULATED JUDGMENT AND DISMISSAL OF CERTAIN CLAIMS WITHOUT PREJUDICE